Ramon LOPEZ, Plaintiff–Appellant,

v.

Larry G. MASSANARI, Acting Commissioner of Social Security,*
Defendant–Appellee.

No. 00–15989.

D.C. No. CV–99–0503–PHX–RCB.

United States Court of Appeals,
Ninth Circuit.

---

* Because this panel unanimously finds this
case suitable for decision without oral argument, Martin's motion for oral argument is
denied. *See* Fed. R.App. P. 34(a)(2).

* Larry G. Massanari is substituted for Kenneth
S. Apfel, Commissioner of the Social Security
Administration, pursuant to Fed. R.App. P.
43(c)(2).

Submitted Nov. 5, 2001.**

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM***

Ramon Lopez appeals the district court's judgment finding that substantial evidence supported the Commissioner of Social Security Administration's denial of benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401–33, 1381–83f. We have jurisdiction pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1291, and we affirm.

We review de novo a district court's order upholding the Commissioner's denial of benefits, determining whether substantial evidence supports the Commissioner's decision and whether the Commissioner applied the correct legal standards. *Tackett v. Apfel,* 180 F.3d 1094, 1097 (9th Cir. 1999). We review the record as a whole and may not substitute our judgment for that of the Commissioner. *Id.* at 1098.

The district court properly concluded that substantial evidence supported the Administrative Law Judge's determination that Lopez's impairment was not severe. *See* 20 C.F.R. §§ 404.1520(c), 404.1521, 416.920(c), 416.921; *Corrao v. Shalala,* 20 F.3d 943, 949 (9th Cir.1994). Lopez's contention that the x-rays revealed objective findings that could account for his back pain is contradicted by the opinion of his treating physician that the x-ray studies were non-revealing. In addition, substantial evidence supported the ALJ finding the treating physician's opinion of disability unpersuasive because the ALJ provided specific, legitimate reasons for same and because the examining physician's opinion was based on independent clinical findings. *See Andrews v. Shalala,* 53 F.3d 1035, 1041 (9th Cir.1995); *Magallanes v. Bowen,* 881 F.2d 747, 751–52 (9th Cir.1989).

We are unpersuaded by Lopez's remaining contentions.

AFFIRMED.

---

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.